IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| PETER TRAUERNICHT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GENWORTH FINANCIAL, INC., <br><br> Defendant. | CASE NO. 3:22-CV-00532 |

### DEFENDANT'S MOTION TO FILE MATERIAL UNDER SEAL

Defendant Genworth Financial, Inc., pursuant to Federal Rule of Civil Procedure 26(c) and Local Civil Rule 5, respectfully moves this Court for an Order granting this Motion to File its unredacted Reply in Support of its Submission on Expert Report Matters. The motion is accompanied by a memorandum in support and a proposed order.

Dated: April 10, 2024.

                                                  Respectfully submitted,

                                                  **GENWORTH FINANCIAL, INC.**

                                                  By:    */s/ Heidi E. Siegmund*

                                                  Brian E. Pumphrey (VSB No. 47312)
                                                  Heidi E. Siegmund (VSB No. 89569)
                                                  McGuireWoods LLP
                                                  Gateway Plaza
                                                  800 East Canal Street
                                                  Richmond, VA 23219-3916
                                                  Telephone:  (804) 775-7745
                                                  Facsimile:  (804) 698-2018
                                                  bpumphrey@mcguirewoods.com
                                                  hsiegmund@mcguirewoods.com

                                                  Eugene Scalia (VSB No. 36513)
                                                  Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
Email:  escalia@gibsondunn.com

Karl G. Nelson (*pro hac vice*)
2001 Ross Ave., Suite 2100
Dallas, TX 75201-2923
Telephone:  (214) 698-3203
Facsimile:  (214) 571-2945
Email:  knelson@gibsondunn.com


*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the CM/ECF system April 10, 2024, which will send an electronic notification of such filing to all counsel of record.

Respectfully submitted,

**GENWORTH FINANCIAL, INC.**

By: ___/s/ *Heidi E. Siegmund*___

Brian E. Pumphrey (VSB No. 47312)
Heidi E. Siegmund (VSB No. 89569)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-7745
Facsimile: (804) 698-2018
bpumphrey@mcguirewoods.com
hsiegmund@mcguirewoods.com

Eugene Scalia (VSB No. 36513)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
Email: escalia@gibsondunn.com

Karl G. Nelson (*pro hac vice*)
2001 Ross Ave., Suite 2100
Dallas, TX 75201-2923
Telephone: (214) 698-3203
Facsimile: (214) 571-2945
Email: knelson@gibsondunn.com

*Counsel for Defendant*