IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PETER TRAUERNICHT, et al.,

    Plaintiffs,

v.                       Civil Action No. 3:22cv532

GENWORTH FINANCIAL, INC.,

    Defendant.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (ECF No. 143) is GRANTED, and:

(1)    The Class shall be defined as:

> All participants and beneficiaries in the Genworth Financial Inc. Retirement and Savings Plan whose Plan accounts included investments in the BlackRock LifePath Index Funds at any time on or after August 1, 2016 and continuing to the date of judgment, including any beneficiary of a deceased person who was a participant in the Plan at any time during the Class Period.

(2)    The Court certifies the Class under Federal Rule of Civil Procedure 23(b)(1)(A), and alternatively, 23(b)(1)(B); and

(3)    The Court appoints Plaintiffs, Peter Trauernicht and Zachary Wright, as class representatives; and

(4)   The Court appoints Miller Shah LLP and Tycko & Zavareei LLP as class counsel.

It is so ORDERED.

_____ /s/   _____

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August __/5__, 2024