FILED: March 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1880
(3:22-cv-00532-REP)

_____

PETER TRAUERNICHT, individually and as a representative of a class of
similarly situated persons, on behalf of the Genworth Financial Inc. Retirement
and Savings Plan; ZACHARY WRIGHT, individually and as a representative of a
class of similarly situated persons, on behalf of Genworth Financial Inc.
Retirement and Savings Plan

              Plaintiffs - Appellees

v.

GENWORTH FINANCIAL INC.

              Defendant - Appellant

------------------------------

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

              Amicus Supporting Appellant

_____

J U D G M E N T

_____

        In accordance with the decision of this court, the class certification order

entered August 15, 2024,  is reversed and vacated.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK